# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2104
_____

Courtney Darnell
Henderson,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

July 18, 2024

Per Curiam.

Affirmed.

Roberts, Winokur, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Courtney Darnell Henderson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.